In the Matter of the Application of JOSIAH J. WHITE, as Guardian of the Person of FREDERICK HALL WHITE, an Infant, Respondent, *v.* THE LONG ISLAND LOAN AND TRUST COMPANY, as Guardian of the Property of Said Infant, Appellant.

*Matter of White,* 82 App. Div. 553, appeal dismissed.
(Submitted May 31, 1904; decided June 7, 1904.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 19, 1904, which affirmed an order of Special Term vacating an order directing the appellant herein to discontinue payments to the petitioner for the support and maintenance of Frederick Hall White.

The motion was made upon the ground that the appeal had not been perfected.

*Josiah J. White* for motion.

*George S. Ingraham* opposed.

Motion granted and appeal dismissed, without costs.